# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENERAL ELECTRIC COMPANY | Civil Action No. 2:14-cv-07380-MCA-MAH |
| Plaintiff, | |
| v. | **CONSENT ORDER OF DISMISSAL** |
| LIG INSURANCE CO., LTD. | |
| Defendant. | |

THIS MATTER having been presented to the Court on the joint application of the parties which, through the signature of their respective counsel below, have consented to the terms of this order, and for good cause appearing, it is, this _16_ day of _Nov_, 2017:

ORDERED that the Complaint of plaintiff General Electric Company is hereby dismissed with prejudice and without costs to either party, and it is further

ORDERED that the counterclaim of defendant, KB Insurance Company Ltd., formerly known as and pleaded herein as LIG Insurance Company, Ltd. is hereby dismissed without prejudice and without costs to either party and may, pursuant to the terms of a confidential settlement agreement between the parties, be reinstated or asserted in another action.

_____
Hon. Madeline Cox Arleo, USDJ

Stipulated and Agreed:

KB Insurance Company Ltd.
(f/k/a LIG Insurance Company, Ltd.)

General Electric Company

By: /s/ William E. McGrath, Jr.
    William E. McGrath, Jr.
    SMITH, STRATTON,
    WISE, HEHER & BRENNAN, LLP
    2 Research Way
    Princeton, New Jersey 08540

By: /s/ Gregory H. Horowitz
    Gregory H. Horowitz
    Cynthia S. Betz
    McCARTER & ENGLISH, LLP
    100 Mulberry Street
    Four Gateway Center
    Newark, New Jersey 07102